```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 22689
   WILLIE JAMES WILLIAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4758


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/27/2008 and was not confirmed.

     The case was dismissed without confirmation 11/20/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------

SANTANDER CONSUMER USA    SECURED VEHIC    16932.13            .00            .00
SANTANDER CONSUMER USA    UNSECURED        NOT FILED           .00            .00
BALABAN FURNITURE         SECURED            510.00            .00            .00
TRONIX COUNTRY            SECURED NOT I        .00             .00            .00
TRONIX COUNTRY            UNSECURED        NOT FILED           .00            .00
DUVERA FINANCIAL          NOTICE ONLY      NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED         2140.00            .00            .00
PREMIER BANKCARD          UNSECURED          460.13            .00            .00
PREMIER BANKCARD          UNSECURED          460.02            .00            .00
JEFF GUSTAFSON            UNSECURED        NOT FILED           .00            .00
PAYDAY LOAN STORE         UNSECURED        NOT FILED           .00            .00
ROBERT J ADAMS & ASSOCIA  UNSECURED         1656.57            .00            .00
ROBERT J ADAMS & ASSOC    NOTICE ONLY      NOT FILED           .00            .00
COOK COUNTY CIRCUIT COUR  NOTICE ONLY      NOT FILED           .00            .00
SPRINT                    UNSECURED        NOT FILED           .00            .00
STEVE ROBINSON            NOTICE ONLY      NOT FILED           .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY      3,500.00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                           288.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                288.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                  288.00
                      ---------------     ---------------
TOTALS                 288.00                  288.00


              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 22689 WILLIE JAMES WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/25/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```